COURTROOM MINUTE SHEET - CIVIL

FILED OCT 23 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

DAY: 3

DATE: October 23, 2013        CASE NO.: 1:11CV200LMB
JUDGE: Lewis M. Blanton       COURT REPORTER: Sue Moran

Donald Ragsdale et al.   v.   Ronald Byassee

ATTORNEY( ) for Pltf( ): Luther Sutter, Joe Woodson
ATTORNEY( ) for Dft( ): Robbye Hill Toft

( ) Parties present for **(JURY/NON-JURY)** trial. ( ) Jury empaneled and sworn.
( ) Opening statements of ( )Pltf/( )Dft made.
( ) Pltf evidence commenced/resumed and/but not concluded.
( ) Oral/Written motion of ( )Pltf/( )Dft for judgment as a matter of law at close of pltf's case fld/made/argued, submitted and overruled/denied/sustained/Court's ruling reserved/and is taken with the case.
(X) Dft evidence commenced/**resumed** and/but not **concluded**.
(X) Pltf evidence in rebuttal **commenced**/resumed and/but not concluded.
( ) Dft evidence in surrebuttal commenced/resumed and/but not concluded.
(X) Oral/Written motion of **Pltf**/Dft for judgment as a matter of law at the close of all the evidence fld/**made**/argued/submitted and overruled/**denied**/sustained/Court's ruling reserved/as is taken with the case.
( ) Proceedings to continue tomorrow/Monday at _____ a.m./p.m.

( ) _____

COURT TIME: 8:53 a.m. to 4:03 p.m.   Lunch Break 12:05 p.m. to 1:30 p.m.
DEPUTY CLERK: J Carter

COURTROOM MINUTE SHEET - CIVIL

(X) Closing arguments of counsel made.
( ) **Case taken under advisement.**
(X) Jury charged and retires to consider its verdict.
(X) Verdict(s) returned. (See Verdict form)
(X) On motion of pltf/dft jury polled.
( ) Jury having been given special verdict in the form of written interrogatories for finding ( ) of fact, together with forms for general verdict ( ), retires to consider its verdict ( ).
( ) Jury unable to agree upon its verdict(s) by _____ a.m./p.m. is excused until tomorrow/Monday at _____ a.m./p.m. to resume its deliberations.
( ) Judgment entered accordingly this date.
(X) Pltf/Dft exhibits/depositions retained by counsel/Court. Intervenor

FILED
OCT 23 2013
U. S. DISTRICT CO.
EASTERN DISTRICT

**JURY DELIBERATIONS: Commenced:** 4:08 p.m.
**Concluded:** 5:50 p.m.